## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **January 11, 2019** |
| **TIME:** | **4:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5390 (DLI)** |
| **NAME OF CASE(S):** | **Mangafas et al v. Zannikos et al** |
| **FOR PLAINTIFF(S):** | **Jones** |
| **FOR DEFENDANT(S):** | **Kaplan** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**The parties will correct the error in the stipulation of discontinuance identifying Mr. Thompson as counsel for defendants and will submit a Cheeks motion seeking Court approval of the settlement reached by the parties by February 8, 2019.**

**Counsel are encouraged to discuss whether the parties will agree to assignment of this case to a magistrate judge for all purposes, including review of their anticipated motion for approval of their settlement agreement.**

**Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so**