UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MANGAFAS and KASSANDRA MANGAFAS,<br><br>　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>MARTHA'S 263 BEDFORE AVE, LLC and MARTHA'S COUNTRY BAKERY 2, LLC and ANTONIOS  ZANNIKOS and GEORGE STERTSIOS<br><br>　　　　Defendants. | <u>NOTICE OF APPEARANCE</u><br><br>1:18-CV-05390 |

PLEASE TAKE NOTICE that JOHN J. THOMPSON an associate attorney at Jones Law Firm, P.C., hereby enters his appearance on behalf of Plaintiffs Mark Mangafas and Kassandra Mangafas in the above-entitled action. I am admitted to practice in this court and my bar number is JT-7236. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Date: January 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John J. Thompson*
　　　　　　　　　　　　　　　　　　　　　　　　John J. Thompson, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Jones Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　450 7th Avenue, Suite 1408
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10123
　　　　　　　　　　　　　　　　　　　　　　　　(212) 258-0685
　　　　　　　　　　　　　　　　　　　　　　　<u>john.t@joneslawnyc.com</u>