## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **February 8, 2019** |
| **TIME:** | **4:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 18-5390 (SMG)** |
| **NAME OF CASE(S):** | **Mangafas et al v. Zannikos et al** |
| **FOR PLAINTIFF(S):** | **Jones** |
| **FOR DEFENDANT(S):** | **Kaplan** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**Settlement reviewed.**